```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/17/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RSHANA SHURRIAH,

                Plaintiff,

-against-

SPEEDWAY LLC,

                Defendant.

-----------------------------------------------------------------X

20-CV-5247 (PGG) (KHP)

ORDER

**KATHARINE H. PARKER, United States Magistrate Judge:**

The parties in the above-captioned case failed to submit a status letter with the Court by the January 15, 2021 deadline. (*See* ECF No. 13.) Given the upcoming deadline to complete fact depositions, the parties are hereby directed to file a status letter by no later than January 22, 2021 to update the Court on the progress of discovery and any issues that may arise.

**SO ORDERED.**

DATED:     New York, New York
                January 17, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge