

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 03/30/2021

**MEMO ENDORSED**

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**JACQUELINE BUSHWACK**
PARTNER
(516) 357-3239
jacqueline.bushwack@rivkin.com

March 30, 2021

**VIA ECF**

Honorable Magistrate Judge Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street – Courtroom 17D
New York, NY 10007

> **APPLICATION GRANTED:** The telephonic Status Conference in this matter scheduled for Thursday, April 1, 2021 at 10:30 a.m. is hereby rescheduled to <u>Tuesday, May 18, 2021, at 12:00 p.m.</u> Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. Please dial (866) 434-5269; access code 4858267
>
> APPLICATION GRANTED
>
> *Katharine H. Parker*
> Hon. Katharine H. Parker, U.S.M.J.
> 03/30/2021

Re: *Shurriah, Rshana v. Speedway LLC*
Civil Action No. 1:20-cv-05247-PGG-KHP
RR File No. 9949-50

Dear Judge Parker:

The parties are scheduled to mediate this matter before Richard Byrne, Esq. at NAM on April 6, 2021 at 5:00 p.m. and therefore, jointly request an adjournment of the upcoming telephone status conference that is presently scheduled for April 1, 2021 at 10:30 a.m.

Thank you.

Respectfully submitted,

RIVKIN RADLER LLP

Jacqueline Bushwack

JB

cc: John E. Gray, Esq. (via ECF)
The Law Offices of John E Gray
Attorney for Plaintiff
100 North Park Avenue
Rockville Center, NY 11570
(516) 766-3200
(john.e.gray@outlook.com)

66 South Pearl Street
Albany, NY 12207-1533
T 518.462.3000 F 518.462.4199

25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460 F 201.489.0495

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555 F 212.687.9044

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100 F 845.473.8777

5205292.v1